NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7043

RENE ORENA,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Sean A. Ravin, of Washington, DC, argued for claimant-appellant.

David A. Harrington, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Christa A. Childers, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Appealed from: United States Court of Appeals for Veterans Claims

Judge Alan G. Lance, Sr.

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7043

RENE ORENA,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the United States Court of Appeals for Veterans Claims

in CASE NO 06-2391.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, ARCHER, and MOORE, <u>Circuit Judges</u>.)

AFFIRMED. <u>See</u> Fed. Cir. R. 36

ENTERED BY ORDER OF THE COURT

DATED: <u>December 14, 2009</u>       <u>/S/ Jan Horbaly</u>
                                     Jan Horbaly, Clerk